IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-0907 LJO JLT |
| Plaintiffs, | **JUDGMENT** |
| vs. | (Doc. 37.) |
| DAVID ALVARADO, et al., | |
| Defendants. / | |

This Court's May 3, 2011 decision granted summary judgment in favor of defendants David Alvarado and Linda Alvarado and against plaintiff Joe Hand Promotions, Inc. and directed the Court's clerk to enter judgment to that effect. Although this Court clearly contemplated entry of judgment, the clerk inadvertently failed to enter judgment. As such, this Court nunc pro tunc ENTERS judgment, effective May 3, 2011, and in favor of defendants David Alvarado and Linda Alvarado and against plaintiff Joe Hand Promotions, Inc.

IT IS SO ORDERED.

**Dated:   June 2, 2011**                  /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1