UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALVARADO, LINDA ALVARADO, ADOLFO ORDAZ, JR., SUSANA GARCIA AND ANDRES GARCIA, individually and d/b/a FANKIE'S BAR a/k/a PATRON'S SPORTS BAR,<br><br>Defendants. | Case No.: 1:10-CV-00907-LJO-JLT<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS: (1) CROSSCLAIM OF ADOLFO ORDAZ, JR. SUSANA GARCIA, AND ANDRES GARCIA AGAINST DAVID ALVARADO AND LINDA ALVARADO; AND**<br>**(2) COUNTERCLAIM OF DAVID ALVARADO AND LINDA ALVARADO AGAINST ADOLFO ORDAZ, JR., SUSANA GARCIA, AND ANDRES GARCIA**<br><br>*[Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii)]* |

Good cause appearing, the joint motion to dismiss (1) the crossclaim of Adolfo Ordaz, Jr., Susana Garcia, and Andres Garcia against David Alvarado and Linda Alvarado, and (2) the counterclaim of David Alvarado and Linda Alvarado against Adolfo Ordaz, Jr., Susana Garcia, and Andres Garcia is granted.  The subject claims are hereby dismissed with prejudice.  This dismissal is made pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party referenced above shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  **June 21, 2011**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

*Order*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

*Order*

25
26
27
28