# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-0907 LJO JLT |
| Plaintiffs, | **ORDER TO TERM SUMMARY JUDGMENT MOTION** |
| vs. | (Doc. 39.) |
| DAVID ALVARADO, et al., | |
| Defendants. / | |
| AND RELATED CROSS-ACTIONS. / | |

Dismissal of the crossclaims of defendants' Adolfo Ordaz, Jr., Susana Garcia and Andres Garcia renders moot the summary judgment motion of defendants David Alvarado and Linda Alvarado (doc. 39). As such, this Court VACATES the June 30, 2011 hearing on the summary judgment motion, will take no further action on the summary judgment motion, and DIRECTS the clerk to term doc. 39.

IT IS SO ORDERED.

**Dated:   June 23, 2011**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE