Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:    626-799-9797
Fax:    626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

John Robert Waterman, SBN 215378
**BORTON PETRINI, LLP**
2444 Main Street, Ste. 125
Fresno, CA 93721
Tel:    559-268-0117
Fax:    559-237-7995
jwaterman@bortonpetrini.com
**Attorneys for Defendants**
**Adolfo Ordaz, Jr.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISON**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. 1:10-cv-00907-LJO-JLT |
| Plaintiff, | **JOE HAND PROMOTIONS, INC., AND DEFENDANT ADOLFO ORDAZ, JR.'S STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE; and ORDER** |
| vs. | |
| **DAVID ALVARADO, et al.,** | |
| Defendant. | DATE: Tuesday, September 20, 2011 |
| | TIME:  10:00 AM |

**TO THE HONORABLE JENNIFER L. THURSTON, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. By and through their counsel, Plaintiff Joe Hand Promotions, Inc., and Defendant Adolfo Ordaz, Jr., hereby agree, stipulate, and respectfully request that this Honorable Court

1  continue the Settlement Conference on September 20, 2011.

2.     By and through this Stipulation, the Parties respectfully request this Honorable Court vacate the September 20, 2011 Settlement Conference and reschedule the Settlement Conference to a new date of Tuesday, September 27, 2011 at 10:00 A.M.

3.     This request is necessitated by the fact that Plaintiff's authorized representative, Joseph P. Hand, Jr., President of Plaintiff Joe Hand Promotions, Inc., has a pre-existing professional commitment on September 20, 2011 (Please see Exhibit 1 attached hereto and made part hereof).

4.     In addition, Plaintiff's counsel of record, and trial counsel in the above-entitled action, has three (3) calendaring conflicts on Tuesday, September 20, 2011.  Specifically, Plaintiff's Counsel is scheduled to appear before Judge Olguin as Plaintiff's lead trial counsel at 9:30 A.M for a Settlement Conference in the matter of *J & J Sports Productions, Inc. v. Gonzales*, *et al.* Case No. 2:10-cv-08650-WDK-FMO (U.S.D.C. C.D. Cal.).  Plaintiff's Counsel is also scheduled to appear before Judge Olguin as Plaintiff's lead trial counsel at an 11:00 A.M Settlement Conference that same day in the matter of *J & J Sports Productions, Inc. v. Leulu*, *et al.* Case No. 2:10-cv-08700-WDK-FMO (U.S.D.C. C.D. Cal.).  Later, that same day (at 3:30 P.M.) Plaintiff's counsel is also scheduled to appear before Judge Olguin as Plaintiff's lead trial counsel in the Settlement Conference in the matter of *J & J Sports Productions, Inc. v. Graciano, et al.* Case No. 5:10-cv-01741-WDK-FMO (U.S.D.C. C.D. Cal.)

///

///

///

///

**WHEREFORE,** The Parties respectfully request the Court continue the Settlement Conference presently scheduled for Tuesday, September 20, 2011 at 10:00 A.M to a new date of Tuesday, September 27, 2011 at 10:00 A.M.

.

Respectfully submitted,

Dated: September 12, 2011  */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Dated: September 12, 2011  */s/ John Robert Waterman*
**BORTON PETRINI, LLP**
By: John Robert Waterman
Attorneys for Defendant
Adolfo Ordaz, Jr.

///

///

///

///

///

///

///

### ORDER

It is hereby ordered the upcoming Settlement Conference presently scheduled for Tuesday, September 20, 2011 at 10:00 AM. is hereby vacated and reset to a new date of Tuesday, September 27, 2011 at **9:30 AM.**

IT IS SO ORDERED.

Dated:   **September 13, 2011**                    **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE