UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>             Plaintiff,<br>      vs.<br><br>DAVID ALVARADO, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 10-0907 LJO JLT<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 59.) |

Plaintiff's counsel notified this Court that settlement has been reached with defendant Adolfo Ordaz, Jr. only. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 21, 2011,** to file appropriate papers to dismiss or conclude this action as to defendant Adolfo Ordaz, Jr., or to show good cause why the action as to defendant Adolfo Ordaz, Jr. has not been dismissed or concluded.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   September 20, 2011**                     **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE