IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-0907 LJO JLT |
| Plaintiffs, | **ORDER TO VACATE PRETRIAL CONFERENCE AND FOR STATUS REPORTS** |
| vs. | (Doc. 54.) |
| DAVID ALVARADO, et al., | |
| Defendants. / | |
| AND RELATED CROSS-ACTIONS. / | |

Given the pending bankruptcy of remaining defendants Susana Garcia and Andres Garcia, this Court:

1. VACATES the October 25, 2011 pretrial conference; and

2. ORDERS plaintiff's counsel, no later than January 16, 2011, to file a status report as to proceeding with this action and to file a status report every 120 days thereafter until disposition of this action.

IT IS SO ORDERED.

**Dated:   October 18, 2011**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1