1

2

3

4

5

6

7

8                           **IN THE UNITED STATES DISTRICT COURT**

9                         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOE HAND PROMOTIONS, INC.,              )    CASE NO. 1:10-cv-00907 LJO JLT
                                             )
12          Plaintiff,                       )    ORDER TO SHOW CAUSE TO PLAINTIFF
                                             )    AND DEFENDANT ADOLFO ORDAZ JR.
13          v.                               )    WHY   SANCTIONS   SHOULD   NOT   BE
                                             )    IMPOSED
14   DAVID ALVARADO, et al.,                 )
                                             )
15          Defendants,                      )
     _____ )
16

17          On September 19, 2011, counsel provided notice that Plaintiff and defendant Adolfo Ordaz Jr.,

18   individually and for Frankie's Bar aka Patron's Sports Bar, had reached a settlement of the matter.[1] (Doc.

19   59) The notice specifically indicated that preparation of settlement documents and a stipulation of

20   dismissal were being circulated by counsel.  Id.

21          In response, the next day, the Court issued its Order After Settlement allowing until October 21,

22   2011 to dismiss the matter. (Doc. 60) Alternatively, the Court allowed a demonstration of good cause

23   why the dismissal had not been filed by that date.  Id.  Finally, given the pending bankruptcy of all other

24   remaining defendants, the Court vacated the pretrial conference.  (Doc. 61)

25          Nonetheless, on October 21, 2011, Plaintiff filed a notice that the notice of settlement was

26   withdrawn.  (Doc. 62)  The parties provided no information about the status of the matter, made no

27

28
     _____
        [1] The Notice of Settlement was mistakenly described on the docket as a "Request for Judicial Notice."

                                                    1

1 | request to reschedule the pretrial conference nor provided the Court any assurance that the matter will

2 | proceed. Id.

3 |      Therefore, no later than November 4, 2011, Plaintiff and Defendant Aldolfo Ordaz Jr. are

4 | **ORDERED** to show cause why sanctions should not be imposed for their failure to follow the Court's

5 | order.

6 |

7 | IT IS SO ORDERED.

8 | Dated:  **October 24, 2011**                                  /s/ **Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE