IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | Case No.: 1:10-cv-00907 JLT |
| | ) | |
| Plaintiff, | ) ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ) ) | (Doc. 64) |
| DAVID ALVARADO, et al, | ) ) ) | ORDER SETTING PRETRIAL CONFERENCE AND JURY TRIAL |
| Defendants. | ) ) | |

On September 19, 2011, Mr. Thomas Riley, counsel for Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") filed a notice indicating Plaintiff and defendant Adolfo Ordaz Jr., individually and doing business as Frankie's Bar aka Patron's Sports Bar, reached a settlement agreement of the matter. (Doc. 59). As a result, the Court issued its Order After Settlement allowing until October 21, 2011 to dismiss the matter, or in the alternative, to show good cause as to why dismissal was not filed by that date. (Doc. 60). On October 18, 2011, the Court issued an order vacating the pretrial conference and jury trial, and ordered status conference reports. (Doc. 61).

On October 21, Plaintiff filed a notice that the notice of settlement was withdrawn. (Doc. 62). Plaintiff failed to provide information regarding the status of the matter, and made no request to reschedule the pretrial conference. Lacking assurance that the matter will proceed, the Court issued an order for the parties to show why sanctions should not be imposed for failure to follow the

1  Court's order.  (Doc. 63).  Plaintiff filed a timely response on November 4, 2011, in which Mr. Riley
2  explained he "failed to make note of the Court's specific requirement to show good cause of the
3  withdrawal in the Notice."  (Doc. 64 at 1).  In addition, Mr. Riley stated he has "implemented several
4  additional corrective measures to insure that all Court Orders . . . are double-checked for accurate
5  data entry so that specific Court ordered requirements [to] be included in our responses are properly
6  calendared."  *Id.* at 2.

       Based upon the information provided by Mr. Riley, and the corrective measures taken to ensure the oversight does not happen in the future, the order to show cause is **DISCHARGED**.

       In addition, because the pretrial conference and trial were vacated, the Court hereby SETS the pretrial conference and trial as follows:

1. The pretrial conference shall be held on **November 22, 2011** at 8:30 a.m. in Courtroom 4 before Judge O'Neill; and
2. The trial shall be held on **December 20, 2011** at 8:30 a.m. in Courtroom 4 before Judge O'Neill.

IT IS SO ORDERED.

Dated:   **November 11, 2011**　　　　　　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE