# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-0907 LJO JLT |
| Plaintiff, | **ORDER TO RESET PRETRIAL CONFERENCE** |
| vs. | (Docs. 65, 66.) |
| DAVID ALVARADO, et al., | |
| Defendants. / | |
| AND RELATED CROSS-ACTIONS. / | |

Pending dismissal of plaintiff's claims against defendant Adolfo Ordaz, Jr., this Court RESETS the pretrial conference from November 22, 2011 to December 7, 2011 at 8:15 a.m. in Department 4 (LJO). The December 20, 2011 trial remains as set.

IT IS SO ORDERED.

Dated:   **November 16, 2011**         **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

1