Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV 10-0907 LJO JLT |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ADOLFO ORDAZ, JR., individually and d/b/a FRANKIE'S BAR A/K/A PATRON'S SPORTS BAR |
| vs. | |
| DAVID ALVARADO, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant ADOLFO ORDAZ, JR., individually and d/b/a FRANKIE'S BAR A/K/A PATRON'S SPORTS BAR, that the above-entitled action is hereby dismissed **without prejudice** against ADOLFO ORDAZ, JR., individually and d/b/a FRANKIE'S BAR A/K/A PATRON'S SPORTS BAR.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by September 1, 2012, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 1:10-cv-LJO-JLT
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 15, 2011          *s/ Thomas P. Riley*_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: November 21, 2011          *s/ John R. Waterman*_____
**BORTON PETRINI, LLP**
By:  John R. Waterman
Attorneys for Defendant ADOLFO ORDAZ, JR., individually
and d/b/a FRANKIE'S BAR A/K/A PATRON'S SPORTS
BAR

## ORDER

This Court enters this order on the parties' stipulation and vacates the December 7, 2011 pretrial conference and December 20, 2011 trial.  The October 18, 2011 order for status reports remains in effect.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **November 22, 2011**          _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**Case No. 1:10-cv-LJO-JLT**
**PAGE 2**