IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-0907 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 70.) |
| DAVID ALVARADO, et al., | |
| Defendants. | |

Based on the remaining parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this action against defendants Andres Garcia and Susana Garcia;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action in that all claims have been disposed of.

IT IS SO ORDERED.

**Dated:   December 28, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1